**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| REGINA CALHOUN, | ) | 2:10-cv-01041-HDM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff has filed a notice of voluntary dismissal (#26). Although defendant has appeared in this action, it has not filed any counterclaims. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff's request (#26) is granted and this action is hereby dismissed with prejudice. The trial, scheduled for November 1, 2011, is hereby vacated.

IT IS SO ORDERED.

DATED: This 21st day of July, 2011.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE